

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00122-CR

Carlos Bernard **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8656
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Before the Court is appellant's Motion of Notice to Withdraw for Motion to Abate for Out of Time Motion for New Trial. In the motion, appellant requests withdrawal of "motions sent to courts pursuant to Rules 43.6, 44.4 and also Rule 2 of Tx. Rules of Appellate Procedure." The motions reference in the "Motion of Notice to Withdraw" have not been filed in this Court, and therefore, this Court has no basis to allow their withdrawal or otherwise abate this appeal. Otherwise, the relief requested in the instant motion is unclear.

For these reasons, appellant's motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court